Annie S. Wang (SBN 243027)
annie@wangalc.com
J. Andrew Coombs, Of Counsel (SBN 123881)
andy@wangalc.com
Wang Law Corporation
1150 Foothill Boulevard, Suite E
La Cañada Flintridge, California 91011
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiffs
Twentieth Century Fox Film Corporation
and Warner Bros. Home Entertainment Inc.

Alex Kucherenko a/k/a L Kucherenko
514 Loretto Road
Pittsburgh, Pennsylvania 15217

Defendant, *in pro se*

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Twentieth Century Fox Film Corporation and Warner Bros. Home Entertainment Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Alex Kucherenko a/k/a L Kucherenko and Does 1 – 10, inclusive, <br><br> Defendants. | Case No. CV18-02438 RSWL (Ex) <br><br> CONSENT DECREE AND PERMANENT INJUNCTION |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiffs Twentieth Century Fox Film Corporation and Warner Bros. Home Entertainment Inc. (collectively "Plaintiffs") and Defendant Alex Kucherenko a/k/a L Kucherenko ("Defendant") in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' Stipulation and only as to Defendant, his

successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2) One or other of the Plaintiffs, or one of their respective affiliates, own or control the copyrights or pertinent exclusive rights to distribute or license the distribution of home video and digital products, including video home cassettes as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television episodes subject to the copyright registrations listed in Exhibits "A" and "B" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiffs' Works").

3) Plaintiffs have alleged that Defendant has made unauthorized uses of Plaintiffs' Works or substantially similar likenesses or colorable imitations thereof.

4) Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiffs' Works, including, but not limited to, the following:

    a) Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiffs' Works;

      b)     Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any unauthorized versions of Plaintiffs' Works; or

      c)     Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiffs' Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiffs' Works.

5)     Plaintiffs are entitled to, and shall recover from Defendant, the maximum sum of Two Hundred Fifty Thousand Dollars ($250,000.00), pursuant to the terms of the parties' Release and Settlement Agreement dated and effective May 22, 2018.

6)     Each side shall bear its own fees and costs of suit.

7)     Except as provided herein, all claims alleged in the Complaint are dismissed without prejudice.

8)     This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

9)     The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

/ / /

/ / /

/ / /

/ / /

/ / /

10) The Court shall retain jurisdiction over Defendant and of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction or of the parties' Release and Settlement Agreement dated and effective May 22, 2018.

DATED: 6/19/2018

                                          s/ RONALD S.W. LEW
                                          Hon. Ronald S.W. Lew
                                          United States District Judge

PRESENTED BY:

Wang Law Corporation

By: _____
      Annie S. Wang
      J. Andrew Coombs, Of Counsel
Attorneys for Plaintiffs
Twentieth Century Fox Film Corporation and
Warner Bros. Home Entertainment Inc.


Alex Kucherenko a/k/a L Kucherenko


By: _____
      Alex Kucherenko a/k/a L Kucherenko
Defendant, *in pro se*

# EXHIBIT "A"

# FOX'S COPYRIGHT REGISTRATIONS

| Copyright Registration Number: | Title of Work: |
|---|---|
| PA0001654004 | MODERN FAMILY: Pilot |
| PA0001656860 | MODERN FAMILY : 1ARG02, THE BICYCLE THIEF. |
| PA0001656850 | MODERN FAMILY : 1ARG04, COME FLY WITH ME. |
| PA0001656858 | MODERN FAMILY : 1ARG05, THE INCIDENT. |
| PA0001656348 | MODERN FAMILY, COAL DIGGER. |
| PA0001656661 | MODERN FAMILY : 101, RUN FOR YOUR WIFE. |
| PA0001656662 | MODERN FAMILY, EN GARDE. |
| PA0001658895 | MODERN FAMILY, GREAT EXPECTATIONS. |
| PA0001668312 | MODERN FAMILY : 109, FIZBO. |
| PA0001668104 | MODERN FAMILY, UNDECK THE HALLS. |
| PA0001668103 | MODERN FAMILY, UP ALL NIGHT. |
| PA0001668105 | MODERN FAMILY, NOT IN MY HOUSE. |
| PA0001668034 | MODERN FAMILY, FIFTEEN PERCENT. |
| PA0001672146 | MODERN FAMILY : 1ARG13, MOON LANDING. |
| PA0001672179 | MODERN FAMILY : 1ARG16, MY FUNKY VALENTINE. |
| PA0001676918 | MODERN FAMILY : 118, FEARS. |
| PA0001676079 | MODERN FAMILY : 117, TRUTH BE TOLD. |
| PA0001676920 | MODERN FAMILY : 115, STARRY NIGHT. |
| PA0001679085 | MODERN FAMILY : 121, GAME CHANGER. |
| PA0001681229 | MODERN FAMILY, BENCHED. |
| PA0001680254 | MODERN FAMILY : 114, TRAVELS WITH SCOUT. |
| PA0001681553 | MODERN FAMILY : 119, AIRPORT 2010. |
| PA0001681210 | MODERN FAMILY, HAWAII. |
| PA0001684093 | MODERN FAMILY : 1ARG22, FAMILY PORTRAIT. |
| PA0001703139 | MODERN FAMILY : 2ARG05, THE OLD WAGON. |
| PA0001705571 | MODERN FAMILY : 2, THE KISS. |
| PA0001705605 | MODERN FAMILY : 201, EARTHQUAKE. |
| PA0001705536 | MODERN FAMILY : 202, STRANGERS ON A TREADMILL. |
| PA0001708078 | MODERN FAMILY : 206, UNPLUGGED. |
| PA0001709234 | MODERN FAMILY : 2ARG3778, HALLOWEEN. |
| PA0001709236 | MODERN FAMILY, CHIRP. |
| PA0001713023 | MODERN FAMILY : 211, MANNY GET YOUR GUN. |
| PA0001713018 | MODERN FAMILY : 207, MOTHER TUCKER. |

| | | |
|---|---|---|
| 1 | PA0001716796 | MODERN FAMILY : 208, DANCE DANCE REVELATION. |
| 2 | PA0001717738 | MODERN FAMILY : 212, SLOW DOWN YOUR NEIGHBORS. |
| 3 | PA0001717815 | MODERN FAMILY : 210, OUR CHILDREN, OURSELVES. |
| 4 | PA0001717848 | MODERN FAMILY : 213, CAUGHT IN THE ACT. |
| 5 | PA0001720494 | MODERN FAMILY, BIXBY'S BACK. |
| 6 | PA0001725902 | MODERN FAMILY : 217, PRINCESS PARTY. |
| 7 | PA0001725905 | MODERN FAMILY : 214, REGRETS ONLY. |
| 8 | PA0001725777 | MODERN FAMILY Series - TWO MONKEYS AND A PANDA Episode (TV-MOTION PICTURE) |
| 9 | PA0001735792 | MODERN FAMILY : 220, BOYS' NIGHT. |
| 10 | PA0001735496 | MODERN FAMILY : 219, THE MUSICAL MAN. |
| 11 | PA0001735502 | MODERN FAMILY : 218, SOMEONE TO WATCH OVER LILY. |
| 12 | PA0001735497 | MODERN FAMILY : 221, MOTHER'S DAY. |
| 13 | PA0001735549 | MODERN FAMILY : 222, GOOD COP, BAD DOG. |
| 14 | PA0001745913 | MODERN FAMILY, SEE YOU NEXT FALL. |
| 15 | PA0001745994 | MODERN FAMILY : 223, THE ONE THAT GOT AWAY. |
| 16 | PA0001754777 | MODERN FAMILY : 303, DUDE RANCH. |
| 17 | PA0001754661 | MODERN FAMILY : 302, WHEN GOOD KIDS GO BAD. |
| 18 | PA0001764405 | MODERN FAMILY : 301, PHIL ON WIRE. |
| 19 | PA0001758163 | MODERN FAMILY : 304, DOOR TO DOOR. |
| 20 | PA0001764432 | MODERN FAMILY : 306, HIT AND RUN. |
| 21 | PA0001764457 | MODERN FAMILY : 307, GO BULLFROGS! |
| 22 | PA0001765410 | MODERN FAMILY Series - TREEHOUSE Episode (TV - MOTION PICTURE) |
| 23 | PA0001768403 | MODERN FAMILY, AFTER THE FIRE. |
| 24 | PA0001769544 | MODERN FAMILY : 305, PUNKIN CHUNKIN. |
| 25 | PA0001774227 | MODERN FAMILY : 310, EXPRESS CHRISTMAS. |
| 26 | PA0001773261 | MODERN FAMILY : 311, LIFETIME SUPPLY. |
| 27 | PA0001773250 | MODERN FAMILY : 312, EGG DROP. |
| 28 | PA0001775715 | MODERN FAMILY: Little Bo Bleep |
| 29 | PA0001777451 | MODERN FAMILY : 313, ME JEALOUS. |
| 30 | PA0001777446 | MODERN FAMILY : 315, AUNT MOMMY. |
| 31 | PA0001777456 | MODERN FAMILY : 317, VIRGIN TERRITORY. |
| 32 | PA0001779289 | MODERN FAMILY : 319, LEAP DAY. |
| 33 | PA0001781332 | MODERN FAMILY : 316`, SEND OUT THE CLOWNS. |
| 34 | PA0001787638 | MODERN FAMILY, ELECTION DAY. |
| 35 | PA0001795059 | MODERN FAMILY Series - THE LAST WALT Episode (TV - MOTION PICTURE) |
| 36 | PA0001793706 | MODERN FAMILY : 318, PLANES, TRAINS AND CARS. |
| 37 | PA0001793696 | MODERN FAMILY : 322, DISNEYLAND. |

| | |
|---|---|
| PA0001793701 | MODERN FAMILY : 323, TABLEAU VIVANT. |
| PA0001795381 | MODERN FAMILY : 324, BABY ON BOARD. |
| PA0001817248 | MODERN FAMILY : 401, BRINGING UP BABY. |
| PA0001821952 | MODERN FAMILY : 403, SCHOOLED. |
| PA0001821953 | MODERN FAMILY : 402, SNIP. |
| PA0001821951 | MODERN FAMILY : 404, THE BUTLER'S ESCAPE. |
| PA0001817411 | MODERN FAMILY : 406, OPEN HOUSE OF HORRORS. |
| PA0001826851 | MODERN FAMILY : 405, YARD SALE. |
| PA0001826778 | MODERN FAMILY : 407, ARRESTED. |
| PA0001826871 | MODERN FAMILY : 408, MISTERY DATE. |
| PA0001829234 | MODERN FAMILY : 409, WHEN A TREE FALLS. |
| PA0001831556 | MODERN FAMILY : 411, DIAMOND IN THE ROUGH. |
| PA0001832152 | MODERN FAMILY : 413, NEW YEAR'S EVE. |
| PA0001836094 | MODERN FAMILY, PARTY CRASHER. |
| PA0001837820 | MODERN FAMILY : 412, FULGENCIO. |
| PA0001839187 | MODERN FAMILY : 414, A SLIGHT AT THE OPERA. |
| PA0001839177 | MODERN FAMILY : 418, HEART BROKEN. |
| PA0001842688 | MODERN FAMILY : 416, BAD HAIR DAY. |
| PA0001842687 | MODERN FAMILY : 415, BEST MEN. |
| PA0001850948 | MODERN FAMILY : 417, THE WOW FACTOR. |
| PA0001854897 | MODERN FAMILY : 420, THE FUTURE DUNPHYS. |
| PA0001844560 | MODERN FAMILY: Flip Flop |
| PA0001854830 | MODERN FAMILY : 421, CAREER DAY. |
| PA0001854841 | MODERN FAMILY, MY HERO. |
| PA0001854835 | MODERN FAMILY, GAMES PEOPLE PLAY. |
| PA0001848789 | MODERN FAMILY : 423, GOODNIGHT, GRACIE. |
| PA0001878402 | MODERN FAMILY: Suddenly, Last Summer |
| PA0001878392 | MODERN FAMILY : 5ARG02, FIRST DAYS |
| PA0001878398 | MODERN FAMILY : 5ARG05, LARRY'S WIFE |
| PA0001878393 | MODERN FAMILY : 5ARG04, FARM STRONG. |
| PA0001886885 | MODERN FAMILY : 506, THE LATE SHOW. |
| PA0001886886 | MODERN FAMILY : 507, THE HELP. |
| PA0001888418 | MODERN FAMILY, A FAIR TO REMEMBER. |
| PA0001888415 | MODERN FAMILY : 508, CLOSETCON '13. |
| PA0001892677 | MODERN FAMILY : 503, THE BIG GAME. |
| PA0001892677 | MODERN FAMILY : 503, THE BIG GAME. |
| PA0001894469 | MODERN FAMILY, AND ONE TO GROW ON. |
| PA0001894467 | MODERN FAMILY : 511, UNDER PRESSURE. |

| | | |
|---|---|---|
| 1 | PA0001894463 | MODERN FAMILY Series - THREE DINNERS Episode (TV - MOTION PICTURE) |
| 2 | PA0001889915 | MODERN FAMILY : 513, ISPY. |
| 3 | PA0001898264 | MODERN FAMILY : 514, THE FEUD. |
| 4 | PA0001901038 | MODERN FAMILY : 516, SPRING-A-DING-FLING. |
| | PA0001901142 | MODERN FAMILY : 517, OTHER PEOPLE'S CHILDREN. |
| 5 | PA0001901144 | MODERN FAMILY : 518, VEGAS. |
| 6 | PA0001905939 | MODERN FAMILY : 520, A HARD JAY'S NIGHT. |
| | PA0001905743 | MODERN FAMILY : 5ARG21, AUSTRALIA. |
| 7 | PA0001911172 | MODERN FAMILY : 5ARG22, SLEEPER. |
| 8 | PA0001911174 | MODERN FAMILY : 519, MESSAGE RECEIVED. |
| | PA0001909543 | MODERN FAMILY : 523, THE WEDDING, PART 1. |
| 9 | PA0001909532 | MODERN FAMILY : 524, THE WEDDING, PART 2. |
| 10 | PA0001932058 | MODERN FAMILY Series : 601, THE LONG HONEYMOON. |
| 11 | PA0001932056 | MODERN FAMILY Series - DO NOT PUSH Episode (TV - MOTION PICTURE) |
| 12 | PA0001936775 | MODERN FAMILY : 603, THE COLD. |
| | PA0001932299 | MODERN FAMILY : 605, MARCO POLO. |
| 13 | PA0001932296 | MODERN FAMILY : 604, WON'T YOU BE OUR NEIGHBOR. |
| 14 | PA0001934710 | MODERN FAMILY : 606, HALLOWEEN 3: AWESOMELAND. |
| 15 | PA0001942854 | MODERN FAMILY : 608, QUEER EYES, FULL HEARTS. |
| | PA0001939360 | MODERN FAMILY : 6ARG09, THREE TURKEYS. |
| 16 | PA0001939361 | MODERN FAMILY : 6ARG07, STRANGERS IN THE NIGHT. |
| 17 | PA0001943891 | MODERN FAMILY : 6ARG10, HALEY'S 21ST BIRTHDAY. |
| | PA0001944098 | MODERN FAMILY : 613, THE DAY WE ALMOST DIED. |
| 18 | PA0001944082 | MODERN FAMILY : 614, THE BIG GUNS. |
| 19 | PA0001949453 | MODERN FAMILY : 616, RASH DECISIONS. |
| 20 | PA0001949922 | MODERN FAMILY : 615, VALENTINE'S DAY 4: TWISTED SISTER. |
| 21 | PA0001954368 | MODERN FAMILY : 618, FIGHT OR FLIGHT. |
| | PA0001954377 | MODERN FAMILY : 612, CONNECTION LOST. |
| 22 | PA0001954375 | MODERN FAMILY : 611, CLOSET? YOU'LL LOVE IT. |
| 23 | PA0001955142 | MODERN FAMILY : 617, SPRING BREAK. |
| | PA0001956766 | MODERN FAMILY : 621, GRILL, INTERRUPTED. |
| 24 | PA0001959190 | MODERN FAMILY : 620, KNOCK 'EM DOWN. |
| 25 | PA0001958864 | MODERN FAMILY : 619, INTEGRITY. |
| 26 | PA0001958865 | MODERN FAMILY : 622, PATRIOT GAMES. |
| | PA0001958874 | MODERN FAMILY : 623, CRYING OUT LOUD. |
| 27 | PA0001959313 | MODERN FAMILY : 624, AMERICAN SKYPER. |
| 28 | PA0001968197 | MODERN FAMILY : 7ARG01, Summer Lovin'. |

| | | |
|---|---|---|
| 1 | PA0001968250 | MODERN FAMILY : 7ARG02, The Day Alex Left for College. |
| 2 | PA0001968256 | MODERN FAMILY : 703, The Closet Case. |
| 3 | PA0001969256 | MODERN FAMILY : 704, SHE CRAZY. |
| | PA0001969915 | MODERN FAMILY : 705, THE VERDICT. |
| 4 | PA0001973867 | MODERN FAMILY : 7ARG06, THE MORE YOU IGNORE ME. |
| 5 | PA0001973985 | MODERN FAMILY : 7ARG08, PHIL'S SEXY, SEXY HOUSE. |
| 6 | PA0001974069 | MODERN FAMILY : 7ARG07, CLEAN OUT YOUR JUNK DRAWER. |
| | PA0001974077 | MODERN FAMILY : 711, WHITE CHRISTMAS. |
| 7 | PA0001977845 | MODERN FAMILY : 7ARG09, PLAYDATES. |
| 8 | PA0001976204 | MODERN FAMILY : 710, SPREAD YOUR WINGS. |
| 9 | PA0001983424 | MODERN FAMILY : 7ARG13, CLEAN FOR A DAY. |
| 10 | PA0001979184 | MODERN FAMILY : 7ARG12, THUNK IN THE TRUNK Episode (TV - MOTION PICTURE) |
| | PA0001979175 | MODERN FAMILY : 7ARG16, THE STORM. |
| 11 | PA0001982267 | MODERN FAMILY : 7ARG14, I DON'T KNOW HOW SHE DOES IT. |
| 12 | PA0001983452 | MODERN FAMILY : 715, THE COVER-UP. |
| 13 | PA0001983419 | MODERN FAMILY : 718, EXPRESS YOURSELF. |
| | PA0001986221 | MODERN FAMILY : 717, THE PARTY. |
| 14 | PA0001986218 | MODERN FAMILY : 7ARG19, MAN SHOULDN'T LIE. |
| 15 | PA0001990017 | MODERN FAMILY : 7ARG20, PROMPOSAL. |
| 16 | PA0001990027 | MODERN FAMILY : 7ARG21, CRAZY TRAIN. |
| | PA0001992355 | MODERN FAMILY : 7ARG22, DOUBLE-CLICK. |
| 17 | PA0002008406 | MODERN FAMILY : 8ARG01, A TALE OF THREE CITIES |
| 18 | PA0002008408 | MODERN FAMILY : 8ARG03, A STEREOTYPICAL DAY |
| 19 | PA0002009354 | MODERN FAMILY : 8ARG02, BLINDSIDED |
| | PA0002009356 | MODERN FAMILY : 8ARG04, WEATHERING HEIGHTS |
| 20 | PA0002013219 | MODERN FAMILY : 806, HALLOWEEN 4: THE REVENGE OF ROD SKYHOOK |
| 21 | PA0002016738 | MODERN FAMILY : 8ARG05, GRAB IT |
| 22 | PA0002016260 | MODERN FAMILY : 808, THANKSGIVING JAMBOREE |
| | PA0002023122 | MODERN FAMILY : 8ARG09, THE ALLIANCE |
| 23 | PA0002022904 | MODERN FAMILY : 810, SNOW BALL |
| 24 | PA0002022902 | MODERN FAMILY : 811, RINGMASTER KEIFTH |
| | PA0002022908 | MODERN FAMILY : 807, SARGE & PEA |
| 25 | PA0002030281 | MODERN FAMILY : 8ARG15, DO YOU BELIEVE IN MAGIC? |
| 26 | PA0002030275 | MODERN FAMILY : 8ARG12, DO IT YOURSELF |
| 27 | PA0002030584 | MODERN FAMILY : 8ARG14, HEAVY IS THE HEAD |
| | PA0002030259 | MODERN FAMILY : 8ARG16, FINDING FIZBO |
| 28 | PA0002037261 | MODERN FAMILY : 8ARG13, BASKETBALL! |

| | |
|---|---|
| PA0002037262 | MODERN FAMILY : 8ARG17, PIG MOON RISING |
| PA0002038075 | MODERN FAMILY : 8ARG18, FIVE MINUTES |
| PA0002038084 | MODERN FAMILY : 8ARG19, FRANK'S WEDDING |
| PA0002045635 | MODERN FAMILY : 8ARG20, ALL THINGS BEING EQUAL |
| PA0002045633 | MODERN FAMILY : 8ARG21, ALONE TIME |
| PA0002051085 | MODERN FAMILY Series - THE GRADUATES Episode (TV - MOTION PICTURE) |

# EXHIBIT "B"

# WARNER BROS.' COPYRIGHT REGISTRATIONS

| Copyright Registration Number: | Title of Work: |
|---|---|
| PA 1-063-646 | HARRY POTTER AND THE SORCERER'S STONE |
| PA 1-105-748 | HARRY POTTER AND THE CHAMBER OF SECRETS |
| PA 1-222-542 | HARRY POTTER AND THE PRISONER OF AZKABAN |
| PA 1-279-121 | HARRY POTTER AND THE GOBLET OF FIRE |
| PA 1-355-547 | HARRY POTTER AND THE ORDER OF THE PHOENIX |
| PA 1-647-906 | HARRY POTTER AND THE HALF-BLOOD PRINCE |
| PA 1-721-904 | HARRY POTTER AND THE DEATHLY HALLOWS PART 1 |
| PA 1-742-099 | HARRY POTTER AND THE DEATHLY HALLOWS PART 2 |